FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 20 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSWALDO ELEAZAR
ESCALANTE-MOLINA,

Petitioner,

CASE NO. C14-1615-JLR

v.

ORDER OF DISMISSAL

LOWELL CLARK, et al.,

Respondents.

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss (Dkt. 10) is GRANTED;

3. Petitioner's habeas petition (Dkt. 1) is DENIED as moot, and this action is DISMISSED without prejudice; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 20th day of January, 2015.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1